**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Rosario Yolanda Perez Perez,
Petitioner,
v.
Markwayne Mullin, et al.,
Respondents.

No. CV-26-05754-PHX-DMF

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging Petitioner's immigration detention (Doc. 1). The Petition requests immediate release as its primary relief (Doc. 1 at 16). The Court ordered Respondents to show cause why the Petition should not be granted (Doc. 5). Respondents were served with the Petition (Doc. 6), and counsel for Respondents thereafter made an appearance (Doc. 7). Respondents were required to respond and show cause in late August 2026 (Doc. 5, 7), but no response was filed. On September 3, 2026, Petitioner's counsel filed a Motion to Enforce General Order 26-09 (Doc. 8). The time for response to the motion has expired, but Respondents have not responded to the motion, the Petition, or the Court's Order to Show Cause (Docs. 8, 1, 5, respectively).

Because Respondents failed to provide any justification for Petitioner's detention, the Court finds any defense to the Petition waived. *See N-E-M-B v. Wamsley*, No. 25-cv 00989-SI, 2025 WL 3527111, at *7 (D. Or. Dec. 9, 2025) ("Respondents do not challenge any aspect of the Petition on the merits and thus the Court finds that Respondents waived

such challenges and conceded those aspects of the Petition."); *Soleimani v. Larose*, No. CV-25-03082-DMS-DEB, 2025 WL 3268412, at *3 (S.D. Cal. Nov. 24, 2025) (granting petition because "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims."); *cf. Jenkins v. Cnty. of Riverside*, 398 F.3d 1093, 1095 n.4 (9th Cir. 2005) ("Jenkins abandoned her other two claims by not raising them in opposition to the County's motion for summary judgment.").

The Petition will therefore be granted as set forth herein, and Petitioner ordered released from custody immediately.

Accordingly,

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to Petitioner's request for release from custody and denied as moot in all other respects.

(2) Respondents must immediately release Petitioner from custody.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 21st day of September, 2026.

Deborah M. Fine

Honorable Deborah M. Fine
United States Magistrate Judge